UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE M. BELL d/b/a ALLEGIANCE MORTGAGE SERVICES,<br><br>Individually And On Behalf Of All Persons And Entities Similarly Situated<br><br>    Plaintiff,<br><br>    vs.<br><br>FIRST GUARANTY MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION No. 07-1035<br><br>CLASS ACTION |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Christine M. Bell d/b/a Allegiance Mortgage Services, by her undersigned counsel, and Defendant First Guaranty Mortgage Corporation, by its undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice as to the individual claims of Christine M. Bell only.   This action has not been certified as a class action, nor has a motion for class certification been filed.

DLA Piper LLP                                                                                    CALDWELL LAW OFFICE LLC

PHIL1\3842471.1

| | | | |
|---|---|---|---|
| By: | /s Carl W. Hittinger | By: | /s Ann M. Caldwell |
| | Carl W. Hittinger | | Ann M. Caldwell (AMC1953) |
| | One Liberty Place | | 108 W. Willow Grove Ave. |
| | 1650 Market Street, Suite 4900 | | Suite 300 |
| | Philadelphia, Pennsylvania 19103 | | Philadelphia, PA 19118 |
| | (215) 656-2449 | | (215) 248-2030 |
| | (215) 606-2149 (fax) | | (215) 248-2031 (fax) |
| | Counsel for Defendant First Guaranty Mortgage Corporation | | Counsel for Plaintiff Christine M. Bell |

PHIL1\3842471.1